IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRUDY ASHLEY,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY HERITAGE LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant, | Case No: CIV-12-285-RAW<br><br>*Judge Ronald A. White* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Trudy Ashley, and Defendant, Family Heritage Life Insurance Company of America, hereby stipulate that this case is dismissed, with prejudice to its re-filing. This dismissal includes all claims asserted by Plaintiff, and the parties agree that they are responsible for their own costs and attorney fees.

Respectfully submitted,

/s/Rick W. Bisher
Rick W. Bisher, [OBA #12215]
Ryan Bisher Ryan Phillips & Simons
4323 NW 63rd Street, Suite 110
Oklahoma City, OK  73116
PHONE NO:  (405)528-4567
FAX: (405)525-2123
E-MAIL:    rbisher@rbrlawfirm.com

**ATTORNEY FOR PLAINTIFF**

AND

/s/Brock C. Bowers
Brock C. Bowers, OBA #15682
HILTGEN & BREWER, P.C.
9505 North Kelley Avenue
Oklahoma City, OK  73131
Telephone: (405) 605-9000
Facsimile: (405) 605-9010
E-mail:  bcbowers@hiltgenbrewer.com

**ATTORNEY FOR DEFENDANT**
**FAMILY HERITAGE LIFE INSURANCE**
**COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing.  Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Brock C. Bowers, OBA #15682
HILTGEN & BREWER, P.C.
9505 North Kelley Avenue
Oklahoma City, OK  73131
Telephone: (405) 605-9000
Facsimile: (405) 605-9010
E-mail:  bcbowers@hiltgenbrewer.com

**ATTORNEY FOR DEFENDANT**
**FAMILY HERITAGE LIFE INSURANCE**
**COMPANY OF AMERICA**

/s/Rick W. Bisher
RICK W BISHER